# DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA [UNDER SEAL], )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>[UNDER SEAL], )<br>)<br>DEFENDANT. ) | CIVIL ACTION NO.<br>_____<br><br>FILED UNDER SEAL<br>PURSUANT TO<br>31 U.S.C. § 3730(b)(2) |

**DO NOT PLACE IN PRESS BOX**
**DO NOT ENTER INTO PACER**

## COMPLAINT

## DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* <br><br> MELISSA STAGGERS and RHONDA KURDELMEYER, <br><br> PLAINTIFFS-RELATORS, <br><br> *v.* <br><br> MEDTRONIC, INC., <br><br> DEFENDANT. | CIVIL ACTION NO. <br><br> _____ <br><br> FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2) <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiffs and *qui tam* relators Melissa Staggers and Rhonda Kurdelmeyer ("Relators"), through their attorneys Themis PLLC, for their Complaint against Medtronic, Inc. ("Medtronic"), allege as follows:

## I. INTRODUCTION

1. This *qui tam* action is brought against Defendant Medtronic by two employees acting as whistleblowers pursuant to the Federal False Claims Act, 31 U.S.C. §3729 *et seq.*, ("the FCA" or "the Act"), for Medtronic's systemic conduct in the selling of its InterStim® Sacral Nerve Stimulation System ("InterStim"), a surgically implantable device to treat specific indications of urge incontinence, urgency/frequency, non-obstructive urinary retention, and fecal incontinence in patients who failed or could not tolerate more conservative treatments. Medtronic is the sole provider of InterStim devices.

2. Medtronic's scheme ultimately targets a patient community that includes recipients of federally funded health care. Medtronic promotes InterStim as a profitable and effective treatment that is reimbursable under federally funded health care programs to a medical community comprised of the specialized medical practices and physicians ("medical practices") most likely to have patients with bladder and bowel conditions, and the hospitals and ambulatory surgical centers ("medical facilities") where InterStim procedures typically occur.

3. The medical practices and facilities, in turn, submit claims for reimbursement for InterStim devices and claims for payment for InterStim procedures, resulting in payments by federally funded health care programs, including Medicare, that are tainted by the fraudulent conduct described herein. A chart showing Medicare's approved reimbursement rates for InterStim procedures and devices as of December 2014 is attached as Exhibit A.

4. Medtronic's goal is to grow revenue and profit from increased sales of InterStim devices irrespective of the efficacy of the treatment for individual patients. Its strategy entails introducing as many patients as possible into the InterStim treatment "pipeline" by convincing physicians to perform, and patients to undergo, an initial nerve stimulation test; maximizing the volume of tested patients who "convert" to a permanent surgical implant of InterStim; and generating continual return business by reprogramming and replacing implanted devices of existing patients on a regular basis.

5. As detailed below, Medtronic implements the strategy through a variety of corrupt practices that have caused widespread submission of false claims to federally funded health care programs, including Medicare, which provide insurance coverage for InterStim-related procedures and devices. Medtronic's scheme includes:

- fraudulently inducing patients into receiving unwanted and unnecessary nerve stimulation tests and implants of InterStim devices, causing nerve stimulation tests and implants of InterStim devices without the necessary foundation information to establish medical necessity, and causing the premature replacement of InterStim devices, all of which result in the submission of false claims for InterStim devices and services that lack medical necessity;

- providing hands-on medical care and advice to the patient throughout her entire testing and treatment experience, including care and advice for which medical facilities and practices then submit false claims for payment;

- providing free services as kickbacks to medical practices and facilities that offer InterStim treatment to patients, including services for which the medical practices and facilities submit false claims for payment; and