**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MELISSA STAGGERS and RHONDA KURDELMEYER <br><br>               *Plaintiffs-Relators*, <br><br>     v. <br><br> MEDTRONIC, INC., <br><br>               *Defendant*. | Civil Action No. 1:15-cv-00392 (TSC) |

## DEFENDANT'S OBJECTION TO RELATORS' UNAUTHORIZED "REPLY TO DEFENDANT'S RESPONSE TO JANUARY 3, 2023 MINUTE ORDER"

Defendant Medtronic, Inc. ("Medtronic") respectfully objects to Relators' unauthorized "Reply to Defendant's Response to January 3, 2023 Minute Order." ECF No. 118.

The Court's Minute Order of January 3, 2023 ("Order") directed Medtronic to submit organizational charts and information reflecting functions related to the InterStim business. *See* Minute Order (Jan. 3, 2023). The Order did not invite or authorize any briefing or advocacy by either side on the underlying discovery dispute. Hewing to the Court's Order, Medtronic's response was strictly informational. *See* Def.'s Resp. to Jan. 3, 2023 Minute Order, ECF No. 117.

A week later, however, Relators decided to exploit the Court's Order and Medtronic's informational response by submitting an unauthorized "Reply" consisting of nearly five pages of unsolicited advocacy in an attempt to advance their substantive positions on the Phase 1 dispute. The unauthorized "Reply" also tries to raise *entirely new issues* not previously addressed in the parties' August 8, 2022 Joint Submission to the Court, nor in Relators' August 15, 2022 Submission to the Court, nor in the parties' nearly three-hour discovery hearing before the Court

on December 22, 2022.[1]  In so doing, Relators have flatly disregarded the Court's Order, which

invited and authorized no further substantive briefing from either side on the underlying discovery

dispute.  Accordingly, Medtronic objects to Relators' unauthorized "Reply."

Medtronic will continue to respect the Court's Order by not responding substantively to

Relators' unauthorized filing.  If, however, the Court decides to allow Relators' unauthorized

submission, Medtronic respectfully requests an opportunity to provide a brief response (no more

than the length Relators submitted) by a date of the Court's choosing.


Dated:  January 20, 2023         By:      *//s// Pari I. McGarraugh*

Joseph T. Dixon, III (*pro hac vice*)
Pari I. McGarraugh (*pro hac vice*)
Natasha Townes Robinson (*pro hac vice*)
Jacob P. Harris (*pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077


By:  *//s// Christopher J. Mandernach*
Christopher N. Manning (DC Bar No. 464069)
Christopher J. Mandernach (DC Bar No. 991629)
Kees D. Thompson (DC Bar No. 90001994)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:   (202) 434-5000
Facsimile:    (202) 434-5029

---

[1] For example, multiple exhibits to the unauthorized "Reply" have never previously been submitted to the Court as part of this discovery dispute, nor have their requests been placed at issue in any filing with the Court as part of this discovery dispute.